UNITED STATES COURT OF INTERNATIONAL TRADE  
BEFORE: HON. JENNIFER CHOE-GROVES, JUDGE

FORM 8

| | |
|---|---|
| Target General Merchandise, Inc.<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>United States<br><br>　　　　　　　　　　　　Defendant. | Court No. 17-00007 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having settled this action by agreement amongst the parties and filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action with prejudice and those listed on the attached schedule.

Dated: July 25, 2022

Respectfully Submitted,

GRUNFELD, DESIDERIO, LEBOWTZ,  
SILVERMAN & KLESTADT LLP.

By: *Robert B. Silverman*  
Robert B. Silverman  
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  
599 Lexington Ave, 36th Floor  
New York, NY 10022  
(212)556-4000

Attorneys for Plaintiff

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General  
Civil Division

Patricia M. McCarthy  
Director

*/s/*  
JUSTIN R. MILLER  
Attorney-in-Charge  
International Trade Field Office

*/s/*  
Peter A. Mancuso  
Trial Attorney  
Civil Division  
U.S. Dept. of Justice  
Commercial Litigation Branch  
26 Federal Plaza, Room 346  
New York, NY 10278  
(212) 264-0484

Attorneys for Defendant

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 17-00007 | Target general Merchandise, Inc. | 1704-14-100718 | MY1-1014404-4<br>MY1-1011269-4<br>MY1-1008045-3<br>MY1-1005374-0<br>MY1-1000074-1<br>MY1-0998340-2 |

Order of Dismissal

This action and those listed on the schedule set forth above, having been settled by agreement amongst the parties and voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed with prejudice.

Dated: _____

                                        Clerk, U. S. Court of International Trade

                                        By: _____
                                                        Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)